```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

CYNTHIA FALES,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     No.  12 C 2878
                                  )
CIGPF I CORP., et al.,            )
                                  )
          Defendants.             )
```

MEMORANDUM ORDER

This Fair Debt Collection Practices Act has just been assigned to this Court's calendar. Its initial review of the Complaint reveals that plaintiff Cynthia Fales ("Fales") is a Maine citizen from whom debt collector CIGPF I Corp. and its affiliated co-defendant debt collectors attempted to collect a debt by writing to her at her home from their offices elsewhere (Minnesota and Georgia). In any event, this action has <u>nothing</u> to do with Illinois except that Fales is represented by Chicago counsel.

This Court must not be misunderstood as looking askance at the efforts of Fales' counsel, who are described in Complaint ¶3 as "the legal aid attorneys at the Chicago Legal Clinic's Legal Advocates for Seniors and People with Disabilities program ('LASPD') located in Chicago, Illinois," to pursue violators of the Act. But as those counsel well know, this Court takes a dim view of haling an asserted violator of the Act into court here in Illinois where nothing about the lawsuit itself has any Illinois

connection. Indeed, the selfsame plaintiff's counsel have very recently moved, in an identical situation in another lawsuit assigned at random to this Court's calendar, to transfer it elsewhere. This Court will not issue its customary initial scheduling order in the hope that like action will attend this case.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: April 23, 2012